THE PEOPLE *v.* CORREA.

APPEAL from the District Court of Guayama.

No. 102.—Decided February 12, 1906.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—FUNDAMENTAL ERROR.—
Where there is no bill of exceptions or statement of facts, and where it does
not appear from record that a fundamental error was committed, the judg-
ment will be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear. ·

MR. JUSTICE MACLEARY delivered the opinion of the court.

In this case the defendant was convicted of a violation of
the election law and was sentenced to two years of imprison-
ment in the penitentiary, and the payment of all costs. Judg-
ment was rendered against him and he was duly sentenced
on the 22d of June, 1905. He took an appeal to this court,
and on the 20th of December filed a transcript here which
only covers the information, the arraignment, the charge of
the court, the verdict, the judgment and the sentence, and the
notice of appeal which the secretary of the trial court certi-
fies "to be a true copy of all the essential proceedings in the
case." There is neither bill of exceptions, statement of facts
nor assignment of errors, and we are left entirely to conjec-
ture to ascertain what possible error, if any, the district court
may have committed on the trial. No brief for appellant is
found in the record, nor did any counsel appear in his behalf
on the hearing which was had in this court on the 9th day of
the present month. No fundamental error appears in the
record; and the trial seems to have been fair and regular and
the punishment is within the limits prescribed by the statute.
In these particulars this case resembles greatly that of Luis
Vallecillo, who was charged with a like offense and in which
the judgment of conviction was affirmed by this court on the

27th of November last. It is also entirely similar to the case of *The People of Porto Rico* con. *Miguel Rodríguez et al.* decided herein on the 11th ultimo.

For the reasons stated the judgment of the district court herein rendered on the 22d of June last, should be in all things affirmed.

*Affirmed.*

Chief Justice Quiñones, and Justice Hernández, Figueras, and Wolf concurred.